# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| TRISTATE BOLT COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:18-cv-00212-DRL-SLC |
| | ) |
| WEST BEND MUTUAL INSURANCE COMPANY and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| WEST BEND MUTUAL INSURANCE COMPANY and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | ) |
| | ) |
| Counter-Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRISTATE BOLT COMPANY, | ) |
| | ) |
| Counter-Defendant. | ) |

## JOINT STIPULATION OF DISMISAL WITH PREJUDICE

Plaintiff, Tristate Bolt, Inc., by its counsel, Haller & Colvin, P.C. by John O. Feighner, and Defendants, West Bend Mutual Insurance Company and Hartford Steam Boiler Inspection and Insurance Company, by its counsel, Kopka Pinkus Dolin P.C. by Jacqueline M. Satherlie, stipulate and agree that this case has been fully settled pursuant to a Mediation Agreement. The terms of the Mediation Agreement have been satisfied and the parties, therefore, stipulate and agree that this case should be dismissed with prejudice. Costs paid.

| | |
|---|---|
| **HALLER & COLVIN, P.C.** | **KOPKA PINKUS DOLIN P.C.** |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
| **444 EAST MAIN STREET** | **100 LEXINGTON DRIVE, SUITE 100** |
| **FORT WAYNE, INDIANA 46802** | **BUFFALO GROVE, ILLINOIS  60089** |
| **TELEPHONE: (260) 426-0444** | **TELEPHONE: (847) 459-2414** |
| **EMAIL:  jfeighner@hallercolvin.com** | **EMAIL:  jmsatherlie@kopkalaw.com** |
| | |
| **BY: /s/ John O. Feighner** | **BY: /s/ Jacqueline M. Satherlie** |
| **JOHN O. FEIGHNER (#6800-02)** | **JACQUELINE M. SATHERLIE (#6203399)** |